FILED IN CHAMBERS
U.S.D.C. Rome

OCT 19 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BARBARA FISHER,

       Plaintiff,

v.

ELEKTA, INC.

       Defendant.

CIVIL ACTION

NO. 1:11-CV-149-RLV

O R D E R

The parties' Joint Motion for approval of agreement [Doc. No. 12] is GRANTED. The settlement is approved as presented to the Court.

SO ORDERED, this _19th_ day of October, 2011.

_____
ROBERT L. VINING, JR.
Senior United States District Judge